# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Thernell Smith**

   vs.

**D. Yando, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:99-CV-61

_____ **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S, GLENN S. GOORD, J. WOOD, D.A. SENKOWSKI, M. VANN, WERE TERMINATED FROM THIS ACTION BY ORDER OF THE HONORABLE THOMAS J. MCAVOY FILED ON JUNE 19, 2001.

IT IS ORDERED AND ADJUDGED THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED.
IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S ORDER FILED ON FEBRUARY 23, 2007.

Dated:  February 23, 2007

_Lawrence K. Baerman_
Clerk of Court

s/S. Potter_____
By:  Deputy Clerk